PER CURIAM.
Affirmed. Shuler v. Allen, 76 So.2d 879 (Fla.1955); Cumberland Sav. & Trust Co. v. McGriff, 61 Fla. 159, 54 So. 265 (1911) Richland Grove & Cattle Co. v. Easterling, 505 So.2d 451 (Fla.2d DCA 1987) L.C. Judd & Co. v. Joseph C. Mackey Co., 366 So.2d 129 (Fla. 4th DCA 1979) Banks Real Estate Corp. v. Gordon, 353 So.2d 859 (Fla. 3d DCA 1977); Zwirn v. Gelvan, 268 So.2d 539 (Fla. 3d DCA 1972); *1160 Wilkins v. W.B. Tilton Real Estate & Ins., Inc., 257 So.2d 573 (Fla. 4th DCA 1971).